# IN THE UNITED STATES OF AMERICA
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**FUTUREFUEL CHEMICAL COMPANY**            **PLAINTIFF**

vs.            **NO. 1:09-CV-00023 BSM**

**NATIONAL BIODIESEL BOARD**            **DEFENDANT**

## ORDER

Defendant National Biodiesel Board ("NBB") requests reconsideration (Doc. No. 14) of the July 22, 2009 order denying its previous motion to dismiss (Doc. No. 10). Giving due consideration to the parties' arguments and noting the dismissal of the parallel proceedings by the most learned Judge John Jarvey of the United States District Court for the Southern District of Iowa, NBB's motion for reconsideration is denied.

IT IS SO ORDERED this 8th day of January, 2010.

           _____
           UNITED STATES DISTRICT JUDGE