IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

**FUTUREFUEL CHEMICAL COMPANY**                                            **PLAINTIFF**

v.                               **CASE NO. 1:09CV00023 BSM**

**NATIONAL BIODIESEL BOARD**                                                **DEFENDANT**

## JUDGMENT

Pursuant to settlement, this case is dismissed with prejudice. The undersigned retains jurisdiction to enforce the settlement agreement and mutual release.

IT IS SO ORDERED this 7th day of August 2012.

_____
UNITED STATES DISTRICT JUDGE